1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,  CASE NO. 1:13-CR-00265-AWI-BAM

12              Plaintiff,  **PRELIMINARY ORDER OF FORFEITURE**

13       v.

14 CLARK ALAN TYLER,

15              Defendant.

16

17     Based upon the plea agreement entered into between United States of America and defendant

18 Clark Alan Tyler, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19     1.   Pursuant to 18 U.S.C. § 2253(a), defendant Clark Alan Tyler's interest in the following

20 property shall be condemned and forfeited to the United States of America, to be disposed of according

21 to law:

22        a.  SanDisk Cruzer thumb drive, seized from defendant by law enforcement on or about
              March 27, 2013;
23
          b.  HP Pavilion desktop computer, seized from defendant by law enforcement on or
24            about March 27, 2013;

25        c.  Computers compact discs, hard drives, or other storage devices containing visual
              depictions of minors engaged in sexually explicit conduct and defendant by law
26            enforcement on or about March 27, 2013.

27     2.   The above-listed assets constitute property which contain visual depictions mailed,

28 shipped, or transported in violation of 18 U.S.C. § 2252(a)(2), or was used or intended to be used to

commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   December 5, 2013                    _____
                                              SENIOR DISTRICT JUDGE